367 A.2d 1086

In re Stephen MARCHESE, Appellant,

v.

Joseph C. MARCHESE et al., Appellees.

Supreme Court of Pennsylvania.

Argued Nov. 21, 1974.

Decided Jan. 28, 1977.

Edward J. Hardiman, Jules Pearlstine, Lansdale, for appellant at No. 482 and appellee, Stephen Marchese, at no. 485.

Howard R. Miller, Allentown, for appellant at no. 485.

Sidney M. DeAngelis, Norristown, for appellees at no. 482.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Decree affirmed. Appellant to bear costs.

POMEROY, J., took no part in the consideration or decision of this case.